591 F.2d 101
 86 Lab.Cas. P 11,395
 Southern Stevedoring Co., Inc.
v.
N. L. R. B.***
 No. 78-2383
 United States Court of Appeals, Fifth Circuit
 3/2/79
 
 1
 N.L.R.B.
 
 ENFORCED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966